IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 25- |
| v. | : | DATE FILED: |
| BEKHZOD RAKHMATOV MUNIS KHOJIEV | : | VIOLATIONS: 8 U.S.C. § 1324(a)(1)(A)(i), (a)(1)(A)(v)(II), (a)(2)(B)(ii) (attempt to bring an alien to the United States for private financial gain - 1 count) 8 U.S.C. § 1324(a)(1)(A)(v)(I), (a)(2)(B)(ii) (conspiracy to bring aliens to the United States for private financial gain - 1 count) Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about July 10, 2024, to on or about October 5, 2024, in the Eastern District of Pennsylvania and elsewhere, defendants

**BEKHZOD RAKHMATOV and
MUNIS KHOJIEV**

for the purpose of private financial gain, attempted, and aided and abetted the attempt, to bring an alien, that is, Person 1, whose identity is known to the grand jury, to the United States in any manner whatsoever, at a place other than a designated port of entry or place other than as designated by the Commissioner, knowing that Person 1 was an alien, regardless of whether Person 1 had received prior official authorization, to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to Person 1.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i), (a)(1)(A)(v)(II), and (a)(2)(B)(ii), and

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about December 1, 2022, to on or about May 19, 2025, in the Eastern District of Pennsylvania and elsewhere, defendants

**BEKHZOD RAKHMATOV and**
**MUNIS KHOJIEV**

conspired and agreed, together and with persons known and unknown to the grand jury, for the purpose of private financial gain, to bring and attempt to bring aliens to the United States in any manner whatsoever, at a place other than a designated port of entry or place other than as designated by the Commissioner, knowing that these persons are aliens, regardless of whether such aliens have received prior official authorization, to come to, enter, or reside in the United States, and regardless of any future official action which may be taken with respect to such aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i), (a)(2)(B)(ii).

### MANNER AND MEANS

It was part of the conspiracy that:

1. Defendants BEKHZOD RAKHMATOV and MUNIS KHOJIEV assisted in smuggling Co-Conspirator #1 into the United States.

2. Defendants BEKHZOD RAKHMATOV and MUNIS KHOJIEV received referrals through Co-Conspirator #1, known to the grand jury, to smuggle illegal aliens into the United States.

3. Defendants BEKHZOD RAKHMATOV and MUNIS KHOJIEV communicated with, directed, and otherwise relied on, persons known and unknown to the grand

jury to obtain visas and passports to enable illegal aliens to travel throughout various countries with the goal of arriving at the United States-Mexico border.

    4.    Defendants BEKHZOD RAKHMATOV and MUNIS KHOJIEV solicited and received funds from, and on behalf of, illegal aliens as payment for smuggling the illegal aliens into the United States.

    All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 8, United States Code, Section 1324(a)(1)(A)(i), (a)(2)(B)(ii) and 1324(a)(1)(A)(v)(I), (a)(2)(B)(ii), as set forth in this indictment, defendants

**BEKHZOD RAKHMATOV and
MUNIS KHOJIEV**

shall forfeit to the United States of America, any property, real or personal, that constitutes or is derived from or traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(6).

A TRUE BILL:

*Christine E. Ayers for*

**DAVID METCALF**
**UNITED STATES ATTORNEY**

No.\_ \_ \_ \_ \_ \_ \_ \_ \_ \_

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

BEKHZOD RAHKMATOV
MUNIS KHOJIEV

INDICTMENT

8 U.S.C. § 1324(a)(1)(A)(v)(II) and (a)(2)(B)(ii)
(attempt to bring aliens to the United State for private financial gain)
8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(2)(B)(ii)
(conspiracy to bring aliens to the United States for private financial gain)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia          County:   Philadelphia

City and State of Defendant:   Uzbekistan

County:  Uzbekistan          Register number:  N/A

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office: Philadelphia          County:   Philadelphia

RELATED CASE, IF ANY:
Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: Yes
Case Number:  25-CR-94 & 25-CR-105     Judge: Wendy Beetlestone

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

**8 U.S.C. § 1324(a)(1)(A)(i),(a)(1)(A)(v)(II), (a)(2)(B)(ii) (attempt to bring an alien to the United States for private financial gain - 1 count)**
**8 U.S.C. § 1324(a)(1)(A)(v)(I), (a)(2)(B)(ii) (conspiracy to bring aliens to the United States for private financial gain - 1 count)**

DATE: June 18, 2025          */s/ Everett Witherell / Danielle S. Bateman*
                             Everett Witherell / Danielle S. Bateman
                             Assistant United States Attorneys

File No. 2025R00175
U.S. v. BEKHZOD RAKHMATOV, MUNIS KHOJIEV

All pursuant to Title 18, United States Code, Section 982(a)(6).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
**DAVID METCALF**
**UNITED STATES ATTORNEY**

5

No.\_ \_ \_ \_ \_ \_ \_ \_ \_ \_

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

BEKHZOD RAHKMATOV
MUNIS KHOJIEV

INDICTMENT

8 U.S.C. § 1324(a)(1)(A)(v)(II) and (a)(2)(B)(ii)
(attempt to bring aliens to the United State for private financial gain)
8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(2)(B)(ii)
(conspiracy to bring aliens to the United States for private financial gain)

A true bill.

_____
Foreperson

Filed in open court this ___18th___ day,
Of ___June___ A.D. 20 _25_
___Caitlin Dunnessey___
Foreperson

Bail, $ _____

# INFORMATION SHEET
*DO NOT REMOVE FROM TOP OF FILE*

UNITED STATES OF AMERICA : FILE NO. 2025R00175

v. : CRIMINAL NO. 25cr260 - 1

BEKHZOD RAHKMATOV : DESCRIPTION OF VIOLATION AS PER INDICTMENT:

8 U.S.C. § 1324(a)(1)(A)(v)(II) and (a)(2)(B)(ii) (attempt to bring aliens to the United State for private financial gain)

8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(2)(B)(ii) (conspiracy to bring aliens to the United States for private financial gain)

*Defendant's current address*: 8540 Jonathan Lane Apt E Maineville, Ohio

*Place of detention*: N/A

*Federal or local custody*: N/A

*Register number*: N/A

*Date of birth/PPD Photo number*: 11/19/1994 / N/A

*Date of commitment on instant federal charges*: N/A

*Reason(s) for detention*: N/A

*Interpreter needed*: ☐ no  ☑ unknown  ☐ yes - specify language or dialect:

*Amount of bail*: ☐ set  ☐ posted  ☐ recommended  ☑ N/A

*Name and address of bondsman*: N/A

*Name and address of defendant's attorney*: N/A

*Telephone / fax number*

*Assistant U.S. Attorney(s) assigned to case*: Everett Witherell
Danielle S. Bateman

*Case agent's name*: Chris Rouchard / Jason Knight
*Agency*: Federal Bureau of Investigation

(continued on reverse side)

*All notices should be sent to:*  Chief, Criminal Division
United States Attorney's Office
One Independence Mall - Suite 1250
615 Chestnut Street
Philadelphia, PA 19106-4476

*Prior docket information:*
   Docket No.  N/A   *Magistrate Judge*  N/A
   Date  N/A

*Related indictments, docket numbers, and defendants:*

25-CR-00094 / Amriddin Abdulmalikzoda
25-CR-00105 / Ibdullo Muhiddinov Numanonvich

***Mandatory Minimum Charged:*** *Yes, if at least one count, or No:*  ☐ NO  ☑ YES

***Statutory Minimum Mandatory Time*** *(in years):*  3 years

*Maximum sentence: {list maximum sentence for each count separately}*

Count One: 8 U.S.C. § 1324(a)(1)(A)(v)(II) and (a)(2)(B)(ii) (attempt to bring aliens to the United State for private financial gain) ten years imprisonment, three years of supervised release, a $250,000 fine, and a $100 special assessment

Count Two: 8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(2)(B)(ii) (conspiracy to bring aliens to the United States for private financial gain) ten years imprisonment, three years of supervised release, a $250,000 fine, and a $100 special assessment

Total Maximum: 20 years imprisonment, three years of supervised release, $500,000 fine and a $200 special assessment.

# INFORMATION SHEET
*DO NOT REMOVE FROM TOP OF FILE*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | FILE NO. 2025R00175 |
| v. | : | CRIMINAL NO. 25r260 - 2 |
| MUNIS KHOJIEV | : | DESCRIPTION OF VIOLATION AS PER INDICTMENT: |

**8 U.S.C. § 1324(a)(1)(A)(v)(II) and (a)(2)(B)(ii) (attempt to bring aliens to the United State for private financial gain)**

**8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(2)(B)(ii) (conspiracy to bring aliens to the United States for private financial gain)**

| | |
|---|---|
| *Defendant's current address* | 1815 Riverside Drive, Philadelphia Pennsylvania |
| *Place of detention* | N/A |
| *Federal or local custody* | N/A |
| *Register number* | N/A |
| *Date of birth/PPD Photo number* | 09/14/1993 / N/A |
| *Date of commitment on instant federal charges* | N/A |
| *Reason(s) for detention* | N/A |

*Interpreter needed*  ☐ no  ☑ unknown  ☐ yes - specify language or dialect:

| | | |
|---|---|---|
| *Amount of bail* ☐ set ☐ posted ☐ recommended ☑ N/A | *Name and address of bondsman* | N/A |

| | |
|---|---|
| *Name and address of defendant's attorney* | N/A |
| *Telephone / fax number* | |
| *Assistant U.S. Attorney(s) assigned to case* | Everett Witherell<br>Danielle S. Bateman |
| *Case agent's name* | Chris Rouchard / Jason Knight |
| *Agency* | Federal Bureau of Investigation |

*(continued on reverse side)*

*All notices should be sent to:*   Chief, Criminal Division
United States Attorney's Office
One Independence Mall - Suite 1250
615 Chestnut Street
Philadelphia, PA 19106-4476

*Prior docket information:*
    Docket No. __N/A__   *Magistrate Judge* __N/A__
    Date __N/A__

*Related indictments, docket numbers, and defendants:*

25-CR-00094 / Amriddin Abdulmalikzoda
25-CR-00105 / Ibdullo Muhiddinov Numanonvich

*Mandatory Minimum Charged:* Yes, if at least one count, or No:  ☐ NO  ☑ YES

*Statutory Minimum Mandatory Time* (in years):  3 years

*Maximum sentence: {list maximum sentence for each count separately}*

Count One: 8 U.S.C. § 1324(a)(1)(A)(v)(II) and (a)(2)(B)(ii) (attempt to bring aliens to the United State for private financial gain) ten years imprisonment, three years of supervised release, a $250,000 fine, and a $100 special assessment

Count Two: 8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(2)(B)(ii) (conspiracy to bring aliens to the United States for private financial gain) ten years imprisonment, three years of supervised release, a $250,000 fine, and a $100 special assessment

Total Maximum: 20 years imprisonment, three years of supervised release, $500,000 fine and a $200 special assessment.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BEKHZOD RAKHMATOV | ) | Case No. 25cr260 - 1 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BEKHZOD RAKHMATOV,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(v)(II),(a)(2)(B)(ii) - ATTEMPT TO BRING ALIENS TO THE UNITED STATES FOR PRIVATE FINANCIAL GAIN - 1 COUNT
8:1324(a)(1)(A)(v)(I),(a)(2)(B)(ii) - CONSPIRACY TO BRING ALIENS TO THE UNITED STATES FOR PRIVATE FINANCIAL GAIN - 1 COUNT

Date: 06/18/2025

/s/ KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state: PHILA, PA.

GEORGE WYLESOL, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*